UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARCAP CORPORATION,

                      Plaintiff,

            -against-

RONALD LISSAK,

                      Defendant.
-------------------------------------------------------------------X

Case No.

**Rule 7.1 Statement**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for MarCap Corporation. ("MarCap"). MarCap is a private non-governmental party with no parents and no public subsidiaries or affiliates. Moreover, MarCap is a corporation organized under the laws of the State of Delaware, with its principal place of business located at 200 West Jackson, Suite 2000, Chicago, Illinois 60606.

Date: May 15, 2007

                                              Leslie A. Berkoff
                                              LB-4584

F:\Trufoods\Pudgies\Docs\Corporate Disclosure.Doc