

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARCAP CORPORATION,

    Plaintiff

vs.

RONALD LISSAK,

    Defendant.

---

Case No.: 07 CV 3842 (KMK)

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE MOVE WITH REGARD TO COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiff and Defendant, through their undersigned counsel, that:

1. The Defendant's counsel accepted service of the Complaint in this action on May 22, 2007, and the Defendant's response to the Complaint was accordingly due on June 11, 2007.

2. The time within which the Defendant may answer or otherwise move with regard to the Plaintiff's Complaint hereby is extended by consent through and including July 20, 2007.

3. The Defendant hereby waives the defenses of improper service of process and lack of personal jurisdiction with regard to the Complaint.

4. This is the first request for an extension of time in this action.

| | |
|---|---|
| **MORITT HOCK HAMROFF & HOROWITZ**<br>Attorneys for Plaintiff<br>Marcap Corporation | **BECKER MEISEL LLC**<br>Attorneys for Defendant<br>Ronald Lissak |
| By: _____<br>Leslie A. Berkoff, Esq.<br>400 Garden City Plaza<br>Garden City, NY 11530<br>(516) 873-2000 | By: _____<br>David J. Sprong, Esq.<br>354 Eisenhower Parkway<br>Suite 2800, Plaza II<br>Livingston, NJ 07039<br>(973) 422-1100 |
| DATED: June 26, 2007 | DATED: June 26, 2007 |

The foregoing stipulation is **SO ORDERED**.

_____
KENNETH M. KARAS
United States District Judge

NEW YORK, NEW YORK
July 3, 2007