**MORITT HOCK HAMROFF & HOROWITZ LLP**
400 Garden City Plaza
Garden City, New York 11530
(516) 873-2000
Attorneys for MarCap Corporation
Leslie A. Berkoff (4584)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X
**MARCAP CORPORATION,**                               Case No. 07-CV-3842

                     Plaintiff,

        -against-

**RONALD LISSAK,**

                     Defendant.
----------------------------------------------------------------------X

## ACKNOWLEDGEMENT OF SERVICE

STATE OF NEW YORK    )
                            )ss:
COUNTY OF NASSAU    )

        GABRIELLE LAROSA, being duly sworn, deposes and says:

        I am not a party to the action, am over 18 years of age and reside in Massapequa, New York.

        On the 3rd day of October, 2007, I served a true copy of the Amended Complaint along with its Exhibits, by Federal Express, in a sealed envelope, with postage prepaid thereon, in an official depository of the Federal Express Service within the State of New York, addressed to the last known address of the Counsel for the named defendant as indicated below who had agreed to accept service on behalf of their client:

TO:

    Ben Becker, Esq.
    Becker Meisel LLC
    Eisenhower Plaza II
    354 Eisenhower Parkway, Ste. 2800
    Livingston, NJ 07039

                                    /s/ Gabrielle LaRosa
                                    GABRIELLE LAROSA

Sworn to before me this
3rd day of October, 2007

 /s/ Maryanne Vogel
Maryanne Vogel
Notary Public
State of New York
No. 30-4828271
Qualified in Nassau County
Commission Expires August 31, 2009

F:\Marcap\Integral Nuclear Associates\Docs\Guarantor Action\AOS  Amended Complaint To Becker.DOC