USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARCAP CORPORATION,

                          Plaintiff,

        -against-

RONALD LISSAK,

                          Defendant.
------------------------------------------------------------X

Case No. 07-CV-3842 (RJS)

JUDGMENT

#07,2211

      Plaintiff, MarCap Corporation ("Plaintiff"), having commenced this action against Defendant, against Ronald Lissak ("Defendant") by filing a Summons and Complaint (the "Complaint") on May 22, 2007, and

      Upon the reading and filing of the Stipulation and Order for entry of Judgment against Lissak only (a copy of which is annexed hereto as *Exhibit A*) fixing the amount of the judgement;

      NOW, on motion of Moritt Hock Hamroff & Horowitz LLP, attorneys for Plaintiff MarCap Corporation, of 400 Garden City Plaza, Garden City, New York 11530, it is

      ADJUDGED, that Plaintiff MarCap Corporation whose address is 200 West Jackson Blvd., Suite 2000, Chicago, Illinois:

      (a)    First through Third Causes of Action against Defendant in the sum of $7,126,728.00, plus statutory interest; and

      (b)    On the Fourth Cause of Action against Defendant in the sum of $2,018,256.91, plus statutory interest; and

      (c)    On the Fifth Cause of Action against Defendant in the sum of reasonable attorneys' fees, plus costs and disbursements in the sum of $50,000.00 plus statutory interest; and it is further

ADJUDGED, that Plaintiff shall have execution therefor.

ENTER: J. Michael McMahon    11/20/07
_____
Clerk

F:\Marcap\Integral Nuclear Associates\Docs\Guarantor Action\Judgment.Doc

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

-2-